## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: )<br><br>)<br>HOLY GROUNDS TINY HOMES, LLC, )<br>and REVELATIONS IN CHRIST )<br>MINISTRIES, )<br>)<br>Debtors. )<br>_____ )<br>)<br>KEVIN RAMSAY and ANDRA RAMSAY, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>REVELATIONS IN CHRIST )<br>MINISTRIES, REVELATIONS IN )<br>CHRIST MINISTRIES, LLC, HOLY )<br>GROUND REAL ESTATE, HOLY )<br>GROUND TINY HOMES, LLC, and )<br>MATTHEW SOWASH, )<br>)<br>Defendants. ) | Case No. 22-13918 EEB[1]<br><br>Chapter 11<br><br><br><br><br><br><br>Adv. Proc. No. 23-01007 EEB |

---

## ANSWER AND AFFIRMATIVE DEFENSES

---

Defendants Revelations in Christ Ministries fka Revelations in Christ Ministries, LLC dba Holy Ground Real Estate ("Revelations"), Holy Ground Tiny Homes, LLC ("Holy Ground") and Matthew Sowash ("Mr. Sowash" and with Revelations and Holy Ground, the "Defendants"), by and through their respective undersigned counsel, hereby submit their Answer and Affirmative Defenses to Plaintiffs Kevin Ramsay ("Mr. Ramsay") and Andra Ramsay's ("Ms.

---

[1] Revelations in Christ Ministries (Case No. 22-13919 EEB) and Holy Ground Tiny Homes, LLC are being jointly administered.  Holy Ground Tine Homes, LLC is the lead case.

Ramsay" and with Mr. Ramsay, the "Plaintiffs") Complaint Objecting to the Dischargeability of Debt Pursuant to 11 U.S.C. § 523 and 11 U.S.C. §792 (the "Complaint"), and state as follows:

<u>Responses to Numbered Allegations</u>

**Jurisdiction and Venue**

1.      Defendants admit the allegations of paragraph 1 of the Complaint.

2.      Defendants admit the allegations of paragraph 2 of the Complaint.

3.      Defendants admit the allegations of paragraph 3 of the Complaint.

4.      Defendants admit the allegations of paragraph 4 of the Complaint.

5.      Defendants admit the allegations of paragraph 5 of the Complaint.

6.      Defendants admit the allegations of paragraph 6 of the Complaint.

7.      Defendants admit the allegations of paragraph 7 of the Complaint.

8.      Defendants admit the allegations of paragraph 8 of the Complaint.

9.      Defendants admit the allegations of paragraph 9 of the Complaint.

10.     Defendants admit the allegations of paragraph 10 of the Complaint.

11.     Defendants admit the allegations of paragraph 11 of the Complaint.

12.     Defendants deny the allegations of paragraph 12 of the Complaint.

**Factual Background and Allegations**

1.      Defendants admit the allegations of paragraph 1 of the Complaint.

2.      Defendants admit the allegations of paragraph 2 of the Complaint.

3.      Defendants admit the allegations of paragraph 3 of the Complaint.

4.      Defendants admit the allegations of paragraph 4 of the Complaint.

5.      Proof of Claim No. 57 speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 5 of the Complaint.

6.       Proof of Claim No. 26 speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 6 of the Complaint.

7.       Defendants admit the allegations of paragraph 7 of the Complaint.

8.       Defendants admit the allegations of paragraph 8 of the Complaint.

9.       Defendants admit the allegations of paragraph 9 of the Complaint.

10.      Defendants admit the allegations of paragraph 10 of the Complaint.

11.      Defendants admit the allegations of paragraph 11 of the Complaint.

12.      Defendants admit the allegations of paragraph 12 of the Complaint.

13.      Defendants admit that Holy Ground was formed on or about August 22, 2022 in response to a levy upon a Revelations bank account. Otherwise, Defendants deny the allegations of paragraph 13 of the Complaint.

14.      Defendants admit the allegations of paragraph 14 of the Complaint.

15.      The Schedule E/F speaks for itself.  Otherwise, Defendants deny the allegations of paragraph 15 of the Complaint.

16.      The Amended Schedule E/F speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 16 of the Complaint.

17.      Defendants deny the allegations of paragraph 17 of the Complaint.

18.      Mr. Sowash's testimony speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 18 of the Complaint.

19.      Mr. Sowash's testimony speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 19 of the Complaint.

20.      Defendants admit the allegations of paragraph 20 of the Complaint.

21.      Defendants deny the allegations of paragraph 21 of the Complaint.

22.     Defendants admit the allegations of paragraph 22 of the Complaint.

23.     The Schedule A/B speaks for itself.  Otherwise, Defendants deny the allegations of paragraph 23 of the Complaint.

24.     Defendants deny the allegations of paragraph 24 of the Complaint.

25.     Defendants deny the allegations of paragraph 25 of the Complaint.

26.     Defendants admit that the debit transactions on the bank statements provided to the UST were for operating expenses.  Otherwise, Defendants deny the allegations of paragraph 26 of the Complaint.

27.     Defendants deny the allegations of paragraph 27 (including all subparts) of the Complaint.

28.     Defendants deny the allegations of paragraph 28 of the Complaint.

29.     Defendants admit that Revelations manufactures tiny homes.  Otherwise, Defendants deny the allegations of paragraph 29 of the Complaint.

30.     Defendants admit the allegations of paragraph 30 of the Complaint.

31.     Defendants admit the allegations of paragraph 31 of the Complaint.

32.     Defendants deny the allegations of paragraph 32 of the Complaint.

33.     Defendants admit the allegations of paragraph 33 of the Complaint.

34.     Defendants admit that on or about April 26, 2020, Revelations converted itself from a limited liability company to a 501(c)(3) non-profit organization.  Revelations' website speaks for itself.  Otherwise, Defendants deny the allegations of paragraph 34 of the Complaint.

35.     Revelations' website speaks for itself.  Otherwise, Defendants deny the allegations of paragraph 35 of the Complaint.

36.     Revelations' website speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 36 of the Complaint.

37.     Revelations' website speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 37 of the Complaint.

38.     Defendants admit the allegations of paragraph 38 of the Complaint.

39.     Defendants are without information or knowledge to either admit or deny the allegations in paragraph 39 of the Complaint and therefore deny the allegations.

40.     Defendants admit that Ms. Ramsay paid $4,000 to Revelations.   Otherwise, Defendants deny the allegations of paragraph 40 of the Complaint.

41.     The June 9, 2022 invoice speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 41 of the Complaint.

42.     Defendants deny the allegations of paragraph 42 of the Complaint.

43.     Defendants deny the allegations of paragraph 43 of the Complaint.

44.     Defendants deny the allegations of paragraph 44 of the Complaint.

45.     The video speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 45 of the Complaint.

46.     The video speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 46 of the Complaint.

47.     Defendants are without information or knowledge to either admit or deny the allegations in paragraph 47 of the Complaint and therefore deny the allegations.

48.     Defendants deny the allegations of paragraph 48 of the Complaint.

49.     Defendants deny the allegations of paragraph 49 of the Complaint.

50.     The website speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 50 of the Complaint.

51.     The video speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 51 of the Complaint.

52.     The video speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 52 of the Complaint.

53.     The video speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 53 of the Complaint.

54.     The General Build Progress Letter speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 54 of the Complaint.

55.     The General Build Progress Letter speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 55 of the Complaint.

56.     The video speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 56 of the Complaint.

57.     The video speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 57 of the Complaint.

58.     The video speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 58 of the Complaint.

59.     The video speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 59 of the Complaint.

60.     The video speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 60 of the Complaint.

61.     Defendants admit the allegations of paragraph 61 of the Complaint.

62.     Defendants deny the allegations of paragraph 62 of the Complaint.

63.     Defendants deny the allegations of paragraph 63 of the Complaint.

64.     Defendants deny the allegations of paragraph 64 of the Complaint.

65.     Defendants deny the allegations of paragraph 65 of the Complaint.

66.     Defendants deny the allegations of paragraph 66 of the Complaint.

67.     Defendants deny the allegations of paragraph 67 of the Complaint.

68.     Defendants deny the allegations of paragraph 68 of the Complaint.

69.     Mr. Sowash's testimony speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 69 of the Complaint.

70.     Defendants deny the allegations of paragraph 70 of the Complaint.

71.     Defendants deny the allegations of paragraph 71 of the Complaint.

72.     Defendants admit the allegations of paragraph 72 of the Complaint.

73.     Defendants admit the allegations of paragraph 73 of the Complaint.

74.     The invoice speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 74 of the Complaint.

75.     The text message speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 75 of the Complaint.

76.     Defendants deny the allegations of paragraph 76 of the Complaint.

77.     Defendants deny the allegations of paragraph 77 of the Complaint.

78.     Defendants admit the allegations of paragraph 78 of the Complaint.

79.     Defendants admit the allegations of paragraph 79 of the Complaint.

80.     Defendants are without information or knowledge to either admit or deny the allegations in paragraph 80 of the Complaint and therefore deny the allegations.

81.     Defendants deny the allegations of paragraph 81 of the Complaint.

82.     Defendants deny the allegations of paragraph 82 of the Complaint.

83.     The estimate speaks for itself.  Otherwise, Defendants deny the allegations of paragraph 83 of the Complaint.

84.     Defendants admit the allegations of paragraph 84 of the Complaint.

85.     Defendants admit the allegations of paragraph 85 of the Complaint.

86.     Defendants deny the allegations of paragraph 86 of the Complaint.

87.     Defendants deny the allegations of paragraph 87 of the Complaint.

88.     Defendants deny the allegations of paragraph 88 of the Complaint.

89.     The invoice speaks for itself.  Otherwise, Defendants deny the allegations of paragraph 89 of the Complaint.

90.     Defendants deny the allegations of paragraph 90 of the Complaint.

91.     Defendants deny the allegations of paragraph 91 of the Complaint.

92.     Defendants deny the allegations of paragraph 92 of the Complaint.

93.     The invoice speaks for itself.  Otherwise, Defendants deny the allegations of paragraph 93 of the Complaint.

94.     The email speaks for itself.  Otherwise, Defendants deny the allegations of paragraph 94 of the Complaint.

95.     Defendants deny the allegations of paragraph 95 of the Complaint.

96.     Defendants deny the allegations of paragraph 96 of the Complaint.

97.     Defendants admit the allegations of paragraph 97 of the Complaint.

98.     Defendants deny the allegations of paragraph 98 of the Complaint.

99.     Defendants deny the allegations of paragraph 99 of the Complaint.

100.    The email speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 100 of the Complaint.

101.    The email speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 101 of the Complaint.

102.    The email speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 102 of the Complaint.

103.    The email speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 103 of the Complaint.

104.    Defendants deny the allegations of paragraph 104 of the Complaint.

105.    Defendants deny the allegations of paragraph 105 of the Complaint.

106.    Defendants deny the allegations of paragraph 106 of the Complaint.

107.    The email speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 107 of the Complaint.

108.    The email speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 108 of the Complaint.

109.    The email speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 109 of the Complaint.

110.    The email speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 110 of the Complaint.

111.    The email speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 111 of the Complaint.

112.    The email speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 112 of the Complaint.

113.     Defendants deny the allegations of paragraph 113 of the Complaint.

114.     Defendants deny the allegations of paragraph 114 of the Complaint.

115.     The email speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 115 of the Complaint.

116.     The email speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 116 of the Complaint.

117.     Defendants deny the allegations of paragraph 117 of the Complaint.

118.     The email speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 118 of the Complaint.

119.     The email speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 119 of the Complaint.

120.     Defendants deny the allegations of paragraph 120 of the Complaint.

121.     Defendants deny the allegations of paragraph 121 of the Complaint.

122.     The email speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 122 of the Complaint.

123.     Defendants deny the allegations of paragraph 123 of the Complaint.

124.     The email speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 124 of the Complaint.

125.     The email speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 125 of the Complaint.

126.     The email speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 126 of the Complaint.

127.     Defendants deny the allegations of paragraph 127 of the Complaint.

128.    Defendants deny the allegations of paragraph 128 of the Complaint.

129.    Defendants deny the allegations of paragraph 129 of the Complaint.

130.    Defendants deny the allegations of paragraph 130 of the Complaint.

131.    Defendants deny the allegations of paragraph 131 of the Complaint.

132.    Defendants deny the allegations of paragraph 132 of the Complaint.

133.    Defendants deny the allegations of paragraph 133 of the Complaint.

134.    Defendants admit that Ms. Ramsay paid money to Revelations for the purchase of a tiny home.  Otherwise, Defendants deny the allegations of paragraph 134 of the Complaint.

135.    Defendants deny the allegations of paragraph 135 of the Complaint.

136.    Defendants deny the allegations of paragraph 136 of the Complaint.

137.    Defendants deny the allegations of paragraph 137 of the Complaint.

138.    Defendants deny the allegations of paragraph 138 of the Complaint.

139.    Defendants deny the allegations of paragraph 139 of the Complaint.

140.    The case speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 140 of the Complaint.

141.    Defendants admit that Revelations and Holy Ground are attempting to discharge Plaintiffs' claim.  Otherwise, Defendants deny the allegations of paragraph 141 of the Complaint.

142.    Defendants deny the allegations of paragraph 142 of the Complaint.

143.    Defendants deny the allegations of paragraph 143 of the Complaint.

144.    Defendants deny the allegations of paragraph 144 of the Complaint.

145.    Defendants deny the allegations of paragraph 145 of the Complaint.

146.    Defendants deny the allegations of paragraph 146 of the Complaint.

147.    Defendants deny the allegations of paragraph 147 of the Complaint.

11

148.    Defendants deny the allegations of paragraph 148 of the Complaint.

149.    Defendants deny the allegations of paragraph 149 of the Complaint.

150.    Defendants deny the allegations of paragraph 150 of the Complaint.

151.    Defendants deny the allegations of paragraph 151 of the Complaint.

152.    The statute and case speak for themselves.   Otherwise, Defendants deny the allegations of paragraph 152 of the Complaint.

153.    Defendants deny the allegations of paragraph 153 of the Complaint.

154.    Defendants deny the allegations of paragraph 154 of the Complaint.

155.    Defendants deny the allegations of paragraph 155 of the Complaint.

156.    Defendants deny the allegations of paragraph 156 of the Complaint.

157.    In response to paragraph 157 of the Complaint, Defendants incorporate their responses to the preceding paragraphs as if fully set forth at length.

158.    The statute speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 158 of the Complaint.

159.    The statute and cases speak for themselves.   Otherwise, Defendants deny the allegations of paragraph 159 of the Complaint.

160.    Defendants deny the allegations of paragraph 160 of the Complaint.

161.    Defendants are without information or knowledge to either admit or deny the allegations in paragraph 161 of the Complaint and therefore deny the allegations.

162.    Defendants deny the allegations of paragraph 162 of the Complaint.

163.    Defendants deny the allegations of paragraph 163 of the Complaint.

164.    Defendants deny the allegations of paragraph 164 of the Complaint.

165.    Defendants deny the allegations of paragraph 165 of the Complaint.

166.    Defendants deny the allegations of paragraph 166 of the Complaint.

167.    Defendants deny the allegations of paragraph 167 of the Complaint.

168.    Defendants deny the allegations of paragraph 168 of the Complaint.

169.    Defendants admit the allegations of paragraph 169 of the Complaint.

170.    Defendants deny the allegations of paragraph 170 of the Complaint.

171.    Defendants deny the allegations of paragraph 171 of the Complaint.

172.    Defendants deny the allegations of paragraph 172 of the Complaint.

173.    Defendants deny the allegations of paragraph 173 of the Complaint.

174.    Defendants deny the allegations of paragraph 174 of the Complaint.

175.    Defendants deny the allegations of paragraph 175 of the Complaint.

176.    Defendants deny the allegations of paragraph 176 of the Complaint.

177.    Defendants deny the allegations of paragraph 177 of the Complaint.

178.    Defendants deny the allegations of paragraph 178 of the Complaint.

179.    Defendants deny the allegations of paragraph 179 of the Complaint.

180.    Defendants deny the allegations of paragraph 180 of the Complaint.

181.    Defendants deny the allegations of paragraph 181 of the Complaint.

182.    In response to paragraph 182 of the Complaint, Defendants incorporate their responses to the preceding paragraphs as if fully set forth at length.

183.    The statutes speak for themselves.  Otherwise, Defendants deny the allegations of paragraph 183 of the Complaint.

184.    Defendants deny the allegations of paragraph 184 of the Complaint.

185.    Defendants deny the allegations of paragraph 185 of the Complaint.

186.    Defendants deny the allegations of paragraph 186 of the Complaint.

187.    Defendants deny the allegations of paragraph 187 of the Complaint.

188.    Defendants deny the allegations of paragraph 188 of the Complaint.

189.    Defendants deny the allegations of paragraph 189 of the Complaint.

190.    Defendants deny the allegations of paragraph 190 of the Complaint.

191.    Defendants deny the allegations of paragraph 191 of the Complaint.

192.    Defendants deny the allegations of paragraph 192 of the Complaint.

193.    Defendants deny the allegations of paragraph 193 of the Complaint.

194.    Defendants deny the allegations of paragraph 194 of the Complaint.

195.    Defendants deny the allegations of paragraph 195 of the Complaint.

196.    Defendants deny the allegations of paragraph 196 of the Complaint.

197.    Defendants deny the allegations of paragraph 197 of the Complaint.

198.    Defendants deny the allegations of paragraph 198 of the Complaint.

199.    Defendants deny the allegations of paragraph 199 of the Complaint.

200.    Defendants deny the allegations of paragraph 200 of the Complaint.

201.    Defendants deny the allegations of paragraph 201 of the Complaint.

202.    Defendants deny the allegations of paragraph 202 of the Complaint.

203.    Defendants deny the allegations of paragraph 203 of the Complaint.

204.    Defendants deny the allegations of paragraph 204 of the Complaint.

205.    Defendants deny the allegations of paragraph 205 of the Complaint.

206.    Defendants deny the allegations of paragraph 206 of the Complaint.

207.    Defendants deny the allegations of paragraph 207 of the Complaint.

208.    Defendants deny the allegations of paragraph 208 of the Complaint.

209.    Defendants deny the allegations of paragraph 209 of the Complaint.

210.     Defendants deny the allegations of paragraph 210 of the Complaint.

211.     Defendants deny the allegations of paragraph 211 of the Complaint.

212.     Defendants deny the allegations of paragraph 212 of the Complaint.

213.     Defendants deny the allegations of paragraph 213 of the Complaint.

214.     Defendants deny the allegations of paragraph 214 of the Complaint.

215.     Defendants deny the allegations of paragraph 215 of the Complaint.

216.     Defendants deny the allegations of paragraph 216 of the Complaint.

217.     Defendants deny the allegations of paragraph 217 of the Complaint.

218.     Defendants deny the allegations of paragraph 218 of the Complaint.

219.     Defendants deny the allegations of paragraph 219 of the Complaint.

220.     Defendants admit the allegations of paragraph 220 of the Complaint.

221.     Defendants deny the allegations of paragraph 221 of the Complaint.

222.     Defendants deny the allegations of paragraph 222 of the Complaint.

223.     Defendants deny the allegations of paragraph 223 of the Complaint.

224.     Defendants deny the allegations of paragraph 224 of the Complaint.

225.     Defendants deny the allegations of paragraph 225 of the Complaint.

226.     Defendants deny the allegations of paragraph 226 of the Complaint.

227.     Defendants deny the allegations of paragraph 227 of the Complaint.

228.     Defendants deny the allegations of paragraph 228 of the Complaint.

229.     Defendants deny the allegations of paragraph 229 of the Complaint.

230.     Defendants deny the allegations of paragraph 230 of the Complaint.

231.     Defendants deny the allegations of paragraph 231 of the Complaint.

232.     Defendants deny the allegations of paragraph 232 of the Complaint.

233.     In response to paragraph 233 of the Complaint, Defendants incorporate their responses to the preceding paragraphs as if fully set forth at length.

234.     The statute speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 234 of the Complaint.

235.     Defendants deny the allegations of paragraph 235 of the Complaint.

236.     Defendants deny the allegations of paragraph 236 of the Complaint.

237.     Defendants deny the allegations of paragraph 237 of the Complaint.

238.     Defendants deny the allegations of paragraph 238 of the Complaint.

239.     Defendants deny the allegations of paragraph 239 of the Complaint.

240.     Defendants deny the allegations of paragraph 240 of the Complaint.

241.     Defendants deny the allegations of paragraph 241 of the Complaint.

242.     Defendants admit that Ms. Ramsay was a customer of Revelations.   Otherwise, Defendants deny the allegations of paragraph 242 of the Complaint.

243.     Defendants deny the allegations of paragraph 243 of the Complaint.

244.     Defendants deny the allegations of paragraph 244 of the Complaint.

245.     Defendants deny the allegations of paragraph 245 of the Complaint.

246.     Defendants deny the allegations of paragraph 246 of the Complaint.

247.     Defendants deny the allegations of paragraph 247 of the Complaint.

248.     In response to paragraph 248 of the Complaint, Defendants incorporate their responses to the preceding paragraphs as if fully set forth at length.

249.     The statutes speak for themselves.   Otherwise, Defendants deny the allegations of paragraph 249 of the Complaint.

250.     Defendants deny the allegations of paragraph 250 of the Complaint.

16

251.    Defendants deny the allegations of paragraph 251 of the Complaint.

252.    Defendants admit the allegations of paragraph 252 of the Complaint.

253.    Defendants admit the allegations of paragraph 253 of the Complaint.

254.    Defendants deny the allegations of paragraph 254 of the Complaint.

255.    Defendants deny the allegations of paragraph 255 of the Complaint.

256.    Defendants deny the allegations of paragraph 256 of the Complaint.

257.    Defendants deny the allegations of paragraph 257 of the Complaint.

258.    Defendants deny the allegations of paragraph 258 of the Complaint.

259.    Defendants deny the allegations of paragraph 259 of the Complaint.

260.    Defendants deny the allegations of paragraph 260 of the Complaint.

261.    Defendants deny the allegations of paragraph 261 of the Complaint.

262.    Defendants deny the allegations of paragraph 262 of the Complaint.

263.    Defendants deny the allegations of paragraph 263 of the Complaint.

264.    Defendants deny the allegations of paragraph 264 of the Complaint.

265.    Defendants deny the allegations of paragraph 265 of the Complaint.

266.    Defendants deny the allegations of paragraph 266 of the Complaint.

267.    Defendants deny the allegations of paragraph 267 of the Complaint.

268.    Defendants deny the allegations of paragraph 268 of the Complaint.

269.    Defendants deny the allegations of paragraph 269 of the Complaint.

270.    The case speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 270 of the Complaint.

271.    The statute and case speak for themselves.   Otherwise, Defendants deny the allegations of paragraph 271 of the Complaint.

272.     Defendants deny the allegations of paragraph 272 of the Complaint.

273.     In response to paragraph 273 of the Complaint, Defendants incorporate their responses to the preceding paragraphs as if fully set forth at length.

274.     Defendants deny the allegations of paragraph 274 of the Complaint.

275.     Defendants deny the allegations of paragraph 275 of the Complaint.

276.     Defendants deny the allegations of paragraph 276 of the Complaint.

277.     Defendants deny the allegations of paragraph 277 of the Complaint.

278.     Defendants deny the allegations of paragraph 278 of the Complaint.

279.     Defendants deny the allegations of paragraph 279 of the Complaint.

280.     Defendants deny the allegations of paragraph 280 of the Complaint.

281.     Defendants deny the allegations of paragraph 281 of the Complaint.

282.     Defendants deny the allegations of paragraph 282 of the Complaint.

283.     Defendants deny the allegations of paragraph 283 of the Complaint.

284.     Defendants deny the allegations of paragraph 284 of the Complaint.

285.     Defendants deny the allegations of paragraph 285 of the Complaint.

286.     Defendants deny the allegations of paragraph 286 of the Complaint.

287.     Defendants deny the allegations of paragraph 287 of the Complaint.

288.     Defendants deny the allegations of paragraph 288 of the Complaint.

289.     Defendants deny the allegations of paragraph 289 of the Complaint.

290.     Defendants deny the allegations of paragraph 290 of the Complaint.

291.     Defendants deny the allegations of paragraph 291 of the Complaint.

292.     Defendants deny the allegations of paragraph 292 of the Complaint.

293.     Defendants deny the allegations of paragraph 293 of the Complaint.

294. Defendants deny the allegations of paragraph 294 of the Complaint.

295. Defendants deny the allegations of paragraph 295 of the Complaint.

296. Defendants deny the allegations of paragraph 296 of the Complaint.

297. Defendants deny the allegations of paragraph 297 of the Complaint.

298. In response to paragraph 298 of the Complaint, Defendants incorporate their responses to the preceding paragraphs as if fully set forth at length.

299. Defendants admit the allegations of paragraph 299 of the Complaint.

300. Defendants admit the allegations of paragraph 300 of the Complaint.

301. Defendants admit the allegations of paragraph 301 of the Complaint.

302. Defendants deny the allegations of paragraph 302 of the Complaint.

303. Defendants deny the allegations of paragraph 303 of the Complaint.

304. Defendants deny the allegations of paragraph 304 of the Complaint.

305. Defendants deny the allegations of paragraph 305 of the Complaint.

306. Defendants deny the allegations of paragraph 306 of the Complaint.

307. Defendants deny the allegations of paragraph 307 of the Complaint.

308. Defendants deny the allegations of paragraph 308 of the Complaint.

309. Defendants deny the allegations of paragraph 309 of the Complaint.

310. Defendants deny the allegations of paragraph 310 of the Complaint.

311. Defendants deny the allegations of paragraph 311 of the Complaint.

312. Defendants deny the allegations of paragraph 312 of the Complaint.

313. Defendants deny the allegations of paragraph 313 of the Complaint.

314. The case speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 314 of the Complaint.

315.    Defendants deny the allegations of paragraph 315 of the Complaint.

316.    Defendants deny the allegations of paragraph 316 of the Complaint.

317.    Defendants deny the allegations of paragraph 317 of the Complaint.

318.    Defendants deny the allegations of paragraph 318 of the Complaint.

319.    The statutes and case speak for themselves.   Otherwise, Defendants deny the allegations of paragraph 319 of the Complaint.

320.    Defendants admit the allegations of paragraph 320 of the Complaint.

321.    Defendants deny the allegations of paragraph 321 of the Complaint.

322.    Defendants deny the allegations of paragraph 322 of the Complaint.

323.    Defendants deny the allegations of paragraph 323 of the Complaint.

324.    Defendants deny the allegations of paragraph 324 of the Complaint.

325.    Defendants deny the allegations of paragraph 325 of the Complaint.

326.    Defendants deny the allegations of paragraph 326 of the Complaint.

327.    Defendants deny the allegations of paragraph 327 of the Complaint.

328.    In response to paragraph 328 of the Complaint, Defendants incorporate their responses to the preceding paragraphs as if fully set forth at length.

329.    The statute speaks for itself.   Otherwise, Defendants deny the allegations of paragraph 329 of the Complaint.

330.    The cases speak for themselves.   Otherwise, Defendants deny the allegations of paragraph 330 of the Complaint.

331.    The cases speak for themselves.   Otherwise, Defendants deny the allegations of paragraph 331 of the Complaint.

332.    Defendants deny the allegations of paragraph 332 of the Complaint.

333.    Defendants deny the allegations of paragraph 333 of the Complaint.

334.    Defendants deny the allegations of paragraph 334 of the Complaint.

335.    Defendants deny the allegations of paragraph 335 of the Complaint.

336.    Defendants deny the allegations of paragraph 336 of the Complaint.

337.    Defendants deny the allegations of paragraph 337 of the Complaint.

338.    Defendants deny the allegations of paragraph 338 of the Complaint.

339.    Defendants deny the allegations of paragraph 339 of the Complaint.

340.    Defendants deny the allegations of paragraph 340 of the Complaint.

341.    Defendants deny the allegations of paragraph 341 of the Complaint.

342.    Defendants deny the allegations of paragraph 342 of the Complaint.

343.    Defendants deny the allegations of paragraph 343 of the Complaint.

344.    Defendants deny the allegations of paragraph 344 of the Complaint.

345.    Defendants deny the allegations of paragraph 345 of the Complaint.

346.    Defendants deny the allegations of paragraph 346 of the Complaint.

347.    Defendants deny the allegations of paragraph 347 of the Complaint.

348.    Defendants deny the allegations of paragraph 348 of the Complaint.

349.    Defendants deny the allegations of paragraph 349 of the Complaint.

350.    Defendants deny the allegations of paragraph 350 of the Complaint.

351.    Defendants deny the allegations of paragraph 351 of the Complaint.

352.    Defendants deny the allegations of paragraph 352 of the Complaint.

353.    Defendants deny the allegations of paragraph 353 of the Complaint.

354.    Defendants deny the allegations of paragraph 354 of the Complaint.

355.    Defendants deny the allegations of paragraph 355 of the Complaint.

356.    Defendants deny the allegations of paragraph 356 of the Complaint.

357.    Defendants deny the allegations of paragraph 357 of the Complaint.

358.    Defendants deny the allegations of paragraph 358 of the Complaint.

359.    Defendants deny the allegations of paragraph 359 of the Complaint.

360.    Defendants deny the allegations of paragraph 360 of the Complaint.

361.    In response to paragraph 361 of the Complaint, Defendants incorporate their responses to the preceding paragraphs as if fully set forth at length.

362.    The cases speak for themselves.  Otherwise, Defendants deny the allegations of paragraph 362 of the Complaint.

363.    The cases speak for themselves to the extent the Complaint referring to the cases cited in paragraph 363 of the Complaint.  Otherwise, Defendants deny the allegations of paragraph 363 of the Complaint.

364.    The cases speak for themselves.  Otherwise, Defendants deny the allegations of paragraph 364 of the Complaint.

365.    Defendants deny the allegations of paragraph 365 of the Complaint.

366.    Defendants deny the allegations of paragraph 366 of the Complaint.

367.    Defendants deny the allegations of paragraph 367 of the Complaint.

368.    Defendants deny the allegations of paragraph 368 of the Complaint.

369.    Defendants deny the allegations of paragraph 369 of the Complaint.

370.    Defendants deny the allegations of paragraph 370 of the Complaint.

371.    Defendants deny the allegations of paragraph 371 of the Complaint.

372.    Defendants deny the allegations of paragraph 372 of the Complaint.

373.    Defendants deny the allegations of paragraph 373 of the Complaint.

374.   Defendants deny the allegations of paragraph 374 of the Complaint.

375.   Defendants deny the allegations of paragraph 375 of the Complaint.

376.   Defendants deny the allegations of paragraph 376 of the Complaint.

377.   Defendants deny the allegations of paragraph 377 of the Complaint.

378.   Defendants deny the allegations of paragraph 378 of the Complaint.

379.   Defendants deny each and every allegation not specifically admitted herein.

Affirmative Defenses

1.   Plaintiffs have failed to state a claim upon which relief may be granted.

2.   Plaintiff's recovery is barred in whole or in part by estoppel.

3.   Plaintiffs have failed to mitigate its damages, if any.

4.   Plaintiffs' recovery is barred in whole or in part by waiver.

5.   Plaintiffs' damages, if any, were caused by third parties over whom Defendants had no control or right of control.

6.   Plaintiffs' damages, if any, were caused by a servant/employee of Revelations or Holy Ground that was acting outside the scope of his/her employment.

7.   Defendants reserve the right to add to or amend these affirmative defenses.

Consent Statement

1.   Defendants consent to entry of final orders and judgment by the Bankruptcy Court.

WHEREFORE, Defendants pray that the Court dismiss the Complaint in its entirety with prejudice, award Defendants their attorneys' fees and costs, and grant such other and further relief as the Court deems just.

DATED this 27th day of February 2023.

Respectfully submitted,

WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/ Aaron J. Conrardy*
David V. Wadsworth, #32066
Aaron J. Conrardy, #40030
2580 West Main Street, Suite 200
Littleton, Colorado 80120
303-296-1999 / 303-296-7600 FAX
dwadsworth@wgwc-law.com
aconrardy@wgwc-law.com
Attorneys for Revelations in Christ Ministries

KUTNER BRINEN DICKEY RILEY, P.C.

*/s/ Jonathan M. Dickey*
Jonathan M. Dickey, #46981
1660 Lincoln Street, Suite 1720
Denver, Colorado 80264
(303) 832-3047
jmd@kutnerlaw.com
Attorneys for Holy Ground Tiny Homes, LLC

LAW FIRM OF BRIAN DEBAUCHE LLC

*/s/ Brian DeBauche*
Brian DeBauche, #28593
401 Kalamath Street
Denver, Colorado 80204
(303) 571-5023
briandebauche@denveralawshark.com
Attorneys for Matthew Sowash

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 27, 2023, a true and accurate copy of the foregoing **ANSWER AND AFFIRMATIVE DEFENSES** was placed in the U.S. Mail, first-class postage prepaid, or delivered electronically via CM-ECF, to the addresses listed below:

Arthur Lindquist-Kleissler
arthuralklaw@gmail.com

*/s/ Angela Garcia*
For Wadsworth Garber Warner Conrardy, P.C.